UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
EDWARD ISAACS,

                           Plaintiff,

    -against-

CENTRAL PARKING SYSTEMS OF NEW YORK
DIRECTOR OF HUMAN RESOURCES,

                           Defendant.
-----------------------------------------------------------------x

Index No.: 10 CV 5636
(ENV)(LB)

**STIPULATION AND**
**ORDER OF DISMISSAL**

       **IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between the parties who have appeared in the action, through their undersigned counsel, that this action be and hereby is voluntarily dismissed, with prejudice, and with each party to bear its own costs, disbursements and attorneys' fees.

Dated: East Meadow, New York
        May 29, 2012

LAW OFFICE OF DAVID WIMS

By: _____
    David C. Wims, Esq.
Attorney for Plaintiff
1430 Pitkin Avenue, 2nd Floor
Brooklyn, NY 11233
(646) 393-9550

CERTILMAN BALIN ADLER
& HYMAN, LLP

By: _____
    Douglas E. Rowe, Esq.
Attorney for Defendant
90 Merrick Avenue, 9th Floor
East Meadow, NY 11554
(516) 296-7000

SO-ORDERED

_____
    U.S.J.D.

2496421.1